# TROUP COUNTY BOARD OF EDUCATION
## EARNINGS STATEMENT

| LOCATION | NAME | EMPLOYEE NO. | DATE | CHECK NO. |
|---|---|---|---|---|
| 43 | VOORHEES, JUDI LYNN | 38752 | Feb 26, 2010 | 279132 |

| EARNINGS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR SALARY.. | $1,037.18 | | DEESPCH | $196.60 | | HI DENT | $98.70 | |
| PAY ADJUSTMENTS. | $21.05 | | MED FLE | $100.00 | | | | |
| RATE OF PAY..... | | | | | | | | |
| TIME WORKED..... | | | | | | | | |
| GROSS WAGES.... | $1,016.13 | $2,053.31 | | | | | | |
| LESS-TCHR RET... | $53.35 | $107.80 | | | | | | |
| EMPL RET... | $.00 | | | | | | | |
| FEDERAL WH. | $.00 | | | | | | | |
| STATE WH... | $10.20 | $21.20 | | | | | | |
| FICA WH.... | $38.49 | $78.29 | | | | | | |
| MEDICARE... | $9.00 | $18.31 | | | | | | |
| TOTAL DEDUC | $395.30 | | | | | | | |
| PLUS-ADV EIC... | | | | | | | | |
| NET PAY........ | $509.79 | $1,037.11 | | | | | | |

| | | TAX STATUS | ALLOWANCE | SHELTERED INS | AMOUNTS | LEAVE | DAYS |
|---|---|---|---|---|---|---|---|
| | | FEDERAL | MARRIED / 00 | CUR.- | 395.30 | SICK- | 6.00 |
| | | STATE | MARRY JNT-TWO / 00 | YTD.- | 790.60 | VACN- | |

| ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT | ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

# TROUP COUNTY BOARD OF EDUCATION
## EARNINGS STATEMENT

| LOCATION | NAME | EMPLOYEE NO. | DATE | CHECK NO. |
|---|---|---|---|---|
| 43 | VOORHEES, JUDI LYNN | 38752 | May 26, 2010 | 281999 |

| EARNINGS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR SALARY.. | $1,037.18 | | DEESPCH | $196.60 | | HI DENT | $98.70 | |
| PAY ADJUSTMENTS. | $21.05 | | MED FLE | $100.00 | | | | |
| RATE OF PAY..... | | | | | | | | |
| TIME WORKED..... | | | | | | | | |
| GROSS WAGES.... | $1,016.13 | $5,121.70 | | | | | | |
| LESS-TCHR RET... | $53.35 | $267.85 | | | | | | |
| EMPL RET... | $.00 | | | | | | | |
| FEDERAL WH. | $.00 | | | | | | | |
| STATE WH... | $10.20 | $52.60 | | | | | | |
| FICA WH.... | $38.49 | $195.00 | | | | | | |
| MEDICARE... | $9.00 | $45.60 | | | | | | |
| TOTAL DEDUC | $395.30 | | | | | | | |
| PLUS-ADV EIC... | | | | | | | | |
| NET PAY........ | $509.79 | $2,584.15 | | | | | | |

| TAX STATUS | ALLOWANCE | SHELTERED INS | AMOUNTS | LEAVE | DAYS |
|---|---|---|---|---|---|
| FEDERAL | MARRIED / 00 | CUR.- | 395.30 | SICK- | 5.25 |
| STATE | MARRY / 00 JNT-TWO | YTD.- | 976.50 | VACN- | |

| ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT | ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

# TROUP COUNTY BOARD OF EDUCATION
## EARNINGS STATEMENT

| LOCATION | NAME | | CHECK NO |
|---|---|---|---|
| 43 | VOORHEES, JUDI LYNN | 38752 | Mar 31, 2010 | 280086 |

| EARNINGS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR SALARY.. | $1,037.18 | | DEESPCH | $196.60 | | HI DENT | $98.70 | |
| PAY ADJUSTMENTS. | $1.05 | | MED FLE | $100.00 | | | | |
| RATE OF PAY..... | | | | | | | | |
| TIME WORKED..... | | | | | | | | |
| GROSS WAGES.... | $1,036.13 | $3,089.44 | | | | | | |
| LESS-TCHR RET... | $53.35 | $161.15 | | | | | | |
| EMPL RET... | $.00 | | | | | | | |
| FEDERAL WH. | $.00 | | | | | | | |
| STATE WH... | $11.00 | $32.20 | | | | | | |
| FICA WH..... | $39.73 | $118.02 | | | | | | |
| MEDICARE... | $9.29 | $27.60 | | | | | | |
| TOTAL DEDUC | $395.30 | | | | | | | |
| PLUS-ADV EIC... | | | | | | | | |
| NET PAY........ | $527.46 | $1,564.57 | | | | | | |

| TAX STATUS | ALLOWANCE | SHELTERED | AMOUNTS | LEAVE | DAYS |
|---|---|---|---|---|---|
| FEDERAL | MARRIED/ 00 | CUR.- | 395.30 | SICK- | 6.75 |
| STATE | MARRY JNT-TWO / 00 | YTD.- | 185.90 | VACN- | |

| ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT | ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT |
|---|---|---|---|---|---|---|---|---|---|

Sub for Amy Vowell

# TROUP COUNTY BOARD OF EDUCATION
## EARNINGS STATEMENT

| LOC-DPT | NAME | CK NO | DATE | CHECK NO |
|---|---|---|---|---|
| 43 | VOORHEES, JUDI LYNN | 38752 | Apr 30, 2010 | 280995 |

| EARNINGS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR SALARY.. | $1,037.18 | | DEESPCH | $196.60 | | HI DENT | $98.70 | |
| PAY ADJUSTMENTS. | $21.05 | | MED FLE | $100.00 | | | | |
| RATE OF PAY..... | | | | | | | | |
| TIME WORKED..... | | | | | | | | |
| GROSS WAGES.... | $1,016.13 | $4,105.57 | | | | | | |
| LESS-TCHR RET... | $53.35 | $214.50 | | | | | | |
| EMPL RET... | $.00 | | | | | | | |
| FEDERAL WH. | $.00 | | | | | | | |
| STATE WH... | $10.20 | $42.40 | | | | | | |
| FICA WH.... | $38.49 | $156.51 | | | | | | |
| MEDICARE... | $9.00 | $36.60 | | | | | | |
| TOTAL DEDUC | $395.30 | | | | | | | |
| PLUS-ADV EIC... | | | | | | | | |
| NET PAY........ | | $2,074.36 | | | | | | |

| TAX STATUS | ALLOWANCE | SHELTERED INS | AMOUNT | LEAVE | DAYS |
|---|---|---|---|---|---|
| FEDERAL | MARRIED/ 00 | CUR.- | 395.30 | SICK- | 5.25 |
| STATE | MARRY JNT-TWO / 00 | YTD.- | 581.20 | VACN- | |

| ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT | ABSENT EMPLOYEE | SCHOOL | DATE WORKED | DAYS | AMT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

```
Co     FILE    DEPT.    CLOCK   VCHR. NO.
8SL    102026  A1A300   4033    0073720981   1
                        10090
```

INTERCALL, INC.  
10940 LAUREATE DR  
SAN ANTONIO, TX 78249

060-0001

# Earnings Statement

![ADP logo]

Period Ending: 03/05/2010  
Pay Date: 03/12/2010

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 2  
  AL: 2

STEPHEN ERNEST VOORHEES  
218 VILLAGE DRIVE  
LAGRANGE GA 30240

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 11,538.48 |
| **Gross Pay** | | | **$2,884.62** | 11,538.48 |

## Deductions

| Statutory | | |
|---|---|---|
| Federal Income Tax | -290.57 | 1,162.28 |
| Social Security Tax | -178.85 | 715.39 |
| Medicare Tax | -41.83 | 167.31 |
| AL State Income Tax | -111.24 | 444.96 |
| **Net Pay** | **$2,262.13** | |

Your federal taxable wages this period are $2,884.62

### Important Notes
BEGINNING 03/15/10, LOGON TO HTTPS://W2.WEST.COM FOR A DUPLICATE W-2 FROM 2008 OR EARLIER.

©1998, 2006, ADP, Inc. All Rights Reserved

© 2000 ADP, Inc.

▼TEAR HERE

**Earnings Statement** ADP

INTERCALL, INC.  
10940 LAUREATE DR  
SAN ANTONIO, TX 78249

Period Ending: 03/19/2010  
Pay Date: 03/26/2010

Taxable Marital Status: Married  
Exemptions/Allowances:  
   Federal: 2  
   AL: 2

STEPHEN ERNEST VOORHEES  
218 VILLAGE DRIVE  
LAGRANGE GA 30240

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 14,423.10 |
| **Gross Pay** | | | **$2,884.62** | 14,423.10 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -290.57 | 1,452.85 |
| | Social Security Tax | -178.84 | 894.23 |
| | Medicare Tax | -41.82 | 209.13 |
| | AL State Income Tax | -111.24 | 556.20 |
| | **Net Pay** | **$2,262.15** | |

Your federal taxable wages this period are  
$2,884.62

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

| CO. | FILE | DEPT. | CLOCK | NUMBER |
|---|---|---|---|---|
| BS1 | 122046 | 4030 | 307369264 | 042-0001 |
| | | 10090 | | |

# Earnings Statement

**INTERCALL, INC.**
10940 LAUREATE DR
SAN ANTONIO, TX 78249

Period Ending: 04/16/2010
Pay Date: 04/23/2010

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    AL: 2

STEPHEN ERNEST VOORHEES
218 VILLAGE DRIVE
LAGRANGE GA 30240

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 20,192.34 |
| **Gross Pay** | | | **$2,884.62** | 20,192.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -290.57 | 2,033.99 |
| | Social Security Tax | -178.85 | 1,251.93 |
| | Medicare Tax | -41.83 | 292.79 |
| | AL State Income Tax | -111.24 | 778.68 |
| | **Net Pay** | | |

Your federal taxable wages this period are $2,884.62

©1998, 2006. ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc.
TEAR HERE

CO FILE DEPT CLOCK NUMBER
850 120426 A/A50 003C 3007590045
10090
060-0001

# Earnings Statement

**INTERCALL, INC.**
10940 LAUREATE DR
SAN ANTONIO, TX 78249

Period Ending: 04/30/2010
Pay Date: 05/07/2010

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 AL: 2

STEPHEN ERNEST VOORHEES
218 VILLAGE DRIVE
LAGRANGE GA 30240

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 23,076.96 |
| **Gross Pay** | | | **$2,884.62** | 23,076.96 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -290.57 | 2,324.56 |
| | Social Security Tax | -178.84 | 1,430.77 |
| | Medicare Tax | -41.83 | 334.62 |
| | AL State Income Tax | -111.24 | 889.92 |
| | **Net Pay** | **$2,262.14** | |

Your federal taxable wages this period are
$2,884.62

©1998, 2006. ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc.
TEAR HERE

| CO | FILE | DEPT | CLOCK | NUMBER |
|---|---|---|---|---|
| 850 | 122426 | 000C | 300740 | 0052 |
| | | 10090 | | 038-0001 |

**Earnings Statement** ADP

INTERCALL, INC.
10940 LAUREATE DR
SAN ANTONIO, TX 78249

Period Ending: 05/28/2010
Pay Date: 06/04/2010

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 AL: 2

STEPHEN ERNEST VOORHEES
218 VILLAGE DRIVE
LAGRANGE GA 30240

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2884.62 | 80.00 | 2,884.62 | 28,846.20 |
| Prior Incentive | | | | 2,209.53 |
| **Gross Pay** | | | **$2,884.62** | 31,055.73 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -290.57 | 3,458.08 |
| | Social Security Tax | -178.85 | 1,925.46 |
| | Medicare Tax | -41.83 | 450.31 |
| | AL State Income Tax | -111.24 | 1,222.88 |
| | **Net Pay** | **$2,262.13** | |

Your federal taxable wages this period are $2,884.62

©1998, 2006. ADP, Inc. All Rights Reserved.
© 2000 ADP, Inc.
▼ TEAR HERE