# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| | : |
| STEPHEN ERNEST VOORHEES and | : CASE NO. 10-12243-WHD |
| JUDI LYNN VOORHEES, | : |
| | : |
| Debtors. | : |

## OBJECTION TO CONFIRMATION

**Comes now, SunTrust Mortgage, Inc.** ("Creditor"), holder of a **Security Deed** on property known as 218 Village Drive, LaGrange, GA 30240, and files this Objection to Confirmation. In support of the objection, Creditor states as follows:

1. The Debtors' plan fails to cure a default in real estate arrearages within a reasonable time period.
2. The Debtors' plan fails to provide sufficient payment to Creditor.

**WHEREFORE, SunTrust Mortgage, Inc.** prays that these objections be reviewed, that the Debtors' plan be denied confirmation, and that this Court grant such other relief as it deems proper.

                        JOHNSON & FREEDMAN, LLC

                        **/S/**  Danielle J Eliot
                        **Danielle J Eliot**, GA Bar No. 142243
                        Attorney for SunTrust Mortgage, Inc.
                        *Of Counsel for* Johnson & Freedman, LLC
                        1587 Northeast Expressway
                        Atlanta, GA  30329
                        (770) 234-9181, Ext. 8847
                        DJEliot@jflegal.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| **In Re:** | : CHAPTER 13 |
| | : |
| **STEPHEN ERNEST VOORHEES and** | : CASE NO. 10-12243-WHD |
| **JUDI LYNN VOORHEES,** | : |
| | : |
| | : |
| **Debtors.** | : |

## CERTIFICATE OF SERVICE

I, Danielle J Eliot, certify that I am more than 18 years of age and that on the 3rd day of August, 2010, I served on the parties a copy of the within OBJECTION TO CONFIRMATION by regular mail, with appropriate postage affixed, at:

Stephen Ernest Voorhees
218 Village Drive
LaGrange, GA  30240

Judi Lynn Voorhees
218 Village Drive
LaGrange, GA  30240

Michael Gorove
Harmon & Gorove
1 Jefferson Street
Newnan, GA  30263

Adam M. Goodman
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA  30303


**JOHNSON & FREEDMAN, LLC**

**/S/**  Danielle J Eliot
**Danielle J Eliot** , GA Bar No. 142243
Attorney for SunTrust Mortgage, Inc.
*Of Counsel for* Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, GA  30329
(770) 234-9181, Ext. 8847
DJEliot@jflegal.com